# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0463
Lower Tribunal No. 2022-CF-014022-O

_____

JEROME DESHAY REYNOLDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWLEE, JJ., concur.


Paula C. Coffman, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams and Richard A. Pallas, Jr., Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED